JUSTIN PENN (SBN 302350)
jpenn@hinshawlaw.com
SARA FRANKS (SBN )
sfranks@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant
NATIONAL ENTERPRISE SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICKI DRUM,<br><br>        Plaintiff,<br><br>    vs.<br><br>WEBBANK, SOLAR MOSAIC LLC, NATIONAL RECOVERY SOLUTIONS LLC, NATIONAL ENTERPRISE SYSTEMS, INC. AND DOES 1-50,<br><br>        Defendants. | Case No.  1:26-at-2876<br><br>DEFENDANT NATIONAL ENTERPRISE SYSTEMS, INC.'S **CORPORATE DISCLOSURE STATEMENT**<br><br>[Fed R. civ. P. 7.1] |

1
DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
Case No.1:26-at-2876

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that the undersigned, counsel of record for Defendant NATIONAL ENTERPRISE SYSTEMS, INC. (hereinafter "NES") hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

Pursuant to Fed. R. Civ. P. 7.1, Defendant NES states that it has no parent corporation and no publicly held corporation that owns 10% or more of its stock.

DATED: July 21, 2026                              HINSHAW & CULBERTSON LLP

                                        By:    */s/ Justin Penn*
                                               JUSTIN PENN
                                               SARA FRANKS
                                               Attorneys for Defendant
                                               NATIONAL ENTERPRISE
                                               SYSTEMS, INC.

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
Case No.1:26-at-2876

**HINSHAW & CULBERTSON** LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

1702\331018538.v1

# CERTIFICATE OF SERVICE

## *Vicki Drum v. WebBank, et al.*

### Case No. 1:26-at-2876

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 350 South Grand Ave., Suite 3600, Los Angeles, CA 90071-3476.

On July 21, 2026, I served the document(s) entitled **DEFENDANT NATIONAL ENTERPRISE SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

### SEE ATTACHED SERVICE LIST

☒ **(BY MAIL):** I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on July 21, 2026, at Los Angeles, California.

*/s/ Gloria V. Valles*
Gloria Valles

<u>**SERVICE LIST**</u>

William E. Kennedy, Esq.
CONSUMER LAW OFFICE OF
WILLIAM E. KENNEDY
2797 Park Avenue, Suite 203
Santa Clara, CA  95050
Tel.:  (408) 241-1000
Fax:  (408) 241-1500
Email:  wkennedy@kennedyconsumerlaw.com

*Attorneys for Plaintiff*
VICKI DRUM

Natasha E. Blazer, Esq.
HOUSING AND ECONOMICS RIGHTS
ADVOCATES
P. O. Box 29435
Oakland, CA  94604-9435
Tel:  (510) 271-8443
Fax:  (510) 868-4521
Email:  nblazer@heraca.org

*Attorneys for Plaintiff*
VICKI DRUM